


# INCIDENT REPORT

**Print Date/Time:** 12/06/2018 12:45
**Login ID:** cschlueter

ONEIDA COUNTY SHERIFFS OFFICE
**ORI Number:** WI0440000

**Incident:** 2017-00003897

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 4/7/2017 6:39:00 PM | **Incident Type:** | ASSIST OTHER AGENCY |
| **Location:** | 10 SANNS ST RHINELANDER WI 54501 | **Venue:** | RHINELANDER |
| **Phone Number:** | (715)362-9673 | **Source:** | E911 |
| **Report Required:** | Yes | **Priority:** | 2 |
| **Prior Hazards:** | No | **Status:** | NOT IN PROGRESS |
| **LE Case Number:** | | **Nature of Call:** | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 701 | 8600-HARTMAN |
| 705 | 1670-HOOK |
| 711 | 280-SEMMERLING |
| 712 | 4490-MOERMOND |
| 716 | 1660-GARDNER |
| 718 | 1620-KEELIN |
| 721 | 7070-GRANT |
| 722 | 7930-ROSSING |
| 728 | 1980-REKLAU |
| 733 | 2030-JENZ |
| 735 | 8790-TATE |
| 739 | |
| 741 | 8670-NOWAK |
| 742 | 9010-WOLOSEK |
| 744 | 5730-KECKEISEN |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | SUSPECT | SMITH, THOMAS A | 10 SANNS ST RHINELANDER WI 54501 | (715)369-6913 | WHITE | MALE | 01/31/1952 |
| 2 | INVOLVED PARTY | SMITH, SHANNON MARIE | 1962 SCHANOCK DR GREEN BAY WI 54303 | (920)713-8650 | WHITE | FEMALE | 05/25/1984 |
| 3 | CALLER | SMITH, THOMAS A | 10 SANNS ST RHINELANDER WI 54501 | (715)369-6913 | WHITE | MALE | 01/31/1952 |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| PLATE INQUIRY | PASSENGER CAR | 2004 | CHEVROLET | AVO | BLUE | 868FDM | WI |

## Disposition(s)

| Disposition | Count |
|---|---|
| INC | 1 |
| HOS | 1 |



Loduba
Exh: 2
Date: 7-30-20
Willette Court Reporting

**DEF000031**




# Incident Report

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

DEF000032