# ONEIDA COUNTY SHERIFF'S OFFICE
# DETECTIVE BUREAU SUPPLEMENTAL REPORT



**DATE CREATED:** April 10, 2017

**INCIDENT/CASE NUMBER:** 2017-3897

**CASE INVESTIGATION:** Special Response Team - 10 Sanns Street, City of Rhinelander

**CASE ACTIVITY:**

On the evening of April 7, 2017, the Oneida County Special Response Team (SRT) along with the Bearcat rescue vehicle were requested to 10 Sanns Street, City of Rhinelander, County of Oneida for the report of a shooting victim being held hostage inside of the residence. While enroute to retrieve the Bearcat armored rescue vehicle, and while enroute to the incident location Barbour heard information on the radio that a hostage was inside the residence and unable to speak, the suspect was looking out windows of the residence, a nine-year-old girl was shot inside the residence (aside from the caller) as wells as there were explosives on two doors in the residence (front door on Sanns Street and doorway leading to the garage).

Barbour was aware dispatch was attempting to get the caller to exit the residence as soon as the caller was able. Dispatch relayed that the caller was unable to leave the residence. Barbour requested the Langlade County Special Response Team's assistance to the incident location.

Barbour drove the Bearcat to the vicinity of 10 Sanns St with initial responding members of the SRT to act in the capacity of a quick response team to either rescue an exiting shooting victim/hostage, or intervene in an imminent threat to the hostage's life. When more personnel arrived at the command post, Barbour assigned Brooks to drive the Bearcat. Brooks drove to the command post where more personnel were assigned to the Bearcat. Barbour viewed a photo of the suspect. Barbour was briefed by Sheriff Hartman as to locations of patrol perimeter units and more exact locations of possible explosives.



DEF000036

Reconnaissance

Barbour was in the front passenger seat while Brooks was driving the Bearcat. More than one reconnaissance pass-by with bearcat was completed. On one pass-by, as the Bearcat approached the residence from the east, Barbour could see a male matching the suspect description in the kitchen window. Barbour could see the male open and close several times what Barbour believed to be a refrigerator door. The male was looking out the kitchen window from an elevated position in comparison to the Bearcat. Barbour noted nothing suspicious in regards to explosives on the south and east exterior sides of the residence. As the Bearcat traveled around to the west side of the residence Barbour again noted nothing suspicious.

Barbour saw the male subject inside the living room of the residence (west side of residence). Barbour saw the male look out the living room window. The Bearcat spotlights illuminated the residence entrance and driveway area. Brooks began to call the male out of the residence using the Bearcat public announcement (PA) system. Brooks identified the personnel as being law enforcement and requested the male to exit the residence. The male came to the front door and opened the front door, momentarily standing in the threshold. The male was slow to respond or unresponsive to commands. The male stepped out of the residence into the driveway. Barbour, saw what Barbour believed to be a dark wet substance on the front of the subject's Green Bay Packers shirt. Barbour believed the substance to possibly be blood (later believed to be vomit). Barbour, was still concerned with the threat of explosives and the concern grew as the subject remained only mildly responsive to commands given over the PA. The subject would face the Bearcat after being told to walk backward toward the Bearcat. The subject was repeatedly told to face away from the Bearcat. As the subject faced the Bearcat, the subject continued to slowly walk toward the passenger side of the vehicle, not following directions, Barbour observed Loduha and Grant decentralize the subject and place the subject in handcuffs. Barbour saw Loduha and Grant move the subject to a location of cover on the driver side of the Bearcat. Loduha told Barbour the subject needed medical attention. Barbour told Loduha to place the subject inside the vehicle so that he could be evacuated to the command post and evaluated by

medical staff. Barbour could see what appeared to be scrapes on the subject's forehead. The male subject was turned over to medical staff at the command post.

### Residence Clearing

The Marathon-Oneida County Bomb Squad assisted in clearing the residence with robotics equipment. While utilizing the robot to clear the residence, incident command notified Barbour that the subject told other officers that there were no explosives in the residence on two occasions, however on one occasions did identify explosives in the residence.

After not locating anything suspicious with the use of the robot, Oneida County SRT linked up with some members from the Langlade County SRT along with members of the bomb squad and manually checked the rest of the residence victims, suspects and explosives. No other persons or any explosives were located inside the residence.

### Disposition

The front door of the residence was closed after the robot was removed. Barbour believed some minor damage was caused by the robot to the door handle on the service door leading into the garage from the residence (possible explosives location).

The Oneida County SRT left the residence and returned to the command post prior to departing the scene.

Brian Barbour, Detective Sergeant
Oneida County Sheriff's Office

**This document contains neither recommendations nor conclusions of the Oneida County Sheriff's Office. It is the property of the Oneida County Sheriff's Office and is loaned to your agency. Its contents are not to be distributed outside your agency.**

# ONEIDA COUNTY SHERIFF'S OFFICE
# OFFICER'S SUPPLEMENTAL REPORT

**DATE CREATED:** April 10, 2017

**REPORTING OFFICER:** Task Force Investigator Stetson Grant

**INCIDENT/CASE NUMBER:** 2017-3897

**CASE INVESTIGATION:** SRT Call

**CASE ACTIVITY:**

Involved Party:

> THOMAS A. SMITH
> M/W, DOB 01-31-52
> 10 SANNS STREET
> RHINELANDER, WI 54501
> TELEPHONE: 715-369-6913

On April 7, 2017, Deputy Stetson Grant arrived on scene in the Bearcat with Rhinelander Police Officer Jake Simkins and Detective Sergeant Brian Barbour, for a call of a man that had shot someone in a residence located at 10 Sanns Street in the city of Rhinelander.

While sitting in the Bearcat, Grant heard over the radio that the suspect was still in the house with a gun, there were explosives placed near the garage and front door, there was a deceased 9-year-old lying in the garage, and another gunshot victim. Grant was shown a photograph of the suspected shooter Thomas Smith at the command post. Grant, Officer Simkins, Rhinelander Police Sergeant Kurt Helke, Minocqua Police Department Officer Gary Lodhua, Barbour, and GLIFWIC Warden Riley Brooks approached the house for more intel.

As the special response team approached, the suspect was in the kitchen window located in the rear of the residence, who appeared to be doing something in the sink, going back and forth between the freezer and the sink. The Bearcat was pulled up to the front of the house. Smith

came to the front window, where Brooks got on the loud speaker and told Smith to come out of the residence. Smith came out of the front door into the driveway. Brooks continued to give Smith commands as to what to do. Smith was not following Brook's commands. Smith had puke on the front of his chin and there appeared to be a large dark stain on the front of Smith's green, Green Bay Packer sweatshirt, which Grant believed to be blood.

The plan was for Helke and Simkins to cover the house, and Loduha and Grant take Smith into custody. Grant and Loduha exited the Bearcat. Grant told Smith several times to get on the ground and actively pointed Grant's rifle at Smith. Smith did not comply with Grant's commands. Grant and Loduha decentralized Smith to the ground. Smith was handcuffed by Loduha. Grant and Loduha brought Smith behind the Bearcat. Grant asked Smith several times as to how many people were inside the residence. Smith did not speak and just stared at Grant.

At that time, it was decided that medical attention was required for Smith. Smith was placed in the back of the Bearcat and driven to the Command Post where Smith was taken away by ambulance.

The Special Response Team (SRT) regrouped. The Marathon/Oneida County Bomb Squad Team brought their robot into the Bearcat. The robot was deployed into the residence. Nothing was seen using the robot that was out of the ordinary. It was decided that the special response team would go in and clear the house.

We drove back to the command post where we regrouped and acquired more personnel. We made an approach to the residence to clear the house. I exited the Bearcat and was first in the stack. I made my approach to the residence. I opened the outer door and other SRT members from Oneida and Langlade County entered the residence. The house was cleared and no gunshot victims or deceased persons were found in the residence.

DATE: 04-10-17
INCIDENT/CASE: 2017-3897
PAGE: 3



There is no further information at this time.


Stetson Grant, Deputy
Reporting Officer
Oneida County Sheriff's Office
als

Bradley S Fogerty, Sergeant
Approving Officer
Oneida County Sheriff's Office

\*\*This document contains neither recommendations nor conclusions of the **Oneida County Sheriff's Office**. It is the property of the **Oneida County Sheriff's Office** and is loaned to your agency. Its contents are not to be distributed outside your agency.\*\*

2017-3897 Smith SRT Call Apr10

DEF000041

# ONEIDA COUNTY SHERIFF'S OFFICE
# OFFICER'S SUPPLEMENTAL REPORT



**DATE CREATED:** April 11, 2017

**REPORTING OFFICER:** Sergeant Kelly Moermond

**INCIDENT/CASE NUMBER:** 2017-3897

**CASE INVESTIGATION:** SRT Call

**CASE ACTIVITY:**

On April 7, 2017, at approximately 7:48 p.m., I received a Special Response Team (SRT) page on my phone that stated, "SRT page for possible man with gunshot wound. Suspect still inside house." I responded to the command post, which was set up at the corner of Maple Street and Davenport Street in the City of Rhinelander. The suspect house was at 10 Sanns Street in the City of Rhinelander.

The information I had received was that there was someone in the yard that was shot, there was a 9-year-old boy shot in the garage, and possibly a hostage in the residence with a male identified as Thomas A. Smith, M/W, DOB 01-31-52.

When I responded to the command post, I made contact with Deputy Sara Wolosek and asked what needed to be done. Deputy Wolosek asked if I could take some of Langlade County SRT members to replace the perimeter units who had already been out for a period of time, and to put more in places that were needed. Rhinelander Police Department Sergeant Kurt Helke and I were tasked with the responsibility of taking five Langlade County SRT members and one Langlade County Tem around.

We went to the south end of the residence on the south side of Davenport Street, where we put one SRT member with a unit on the four-side of the residence. We made our way around and made contact with perimeter on the one-two corner, where we dropped two Langlade SRT members and one Langlade County Tem. We then made our way to the three-four side, where we picked up two of our Oneida County perimeter units and replaced them with two Langlade

DATE: 04-11-17
OFFICER: MOERMOND
INCIDENT/CASE: 2017-3897
PAGE: 2



County SRT members. We pulled Oneida County members Sergeant Anton Keelin and Deputy John Keckeisen from perimeter and they went back to the command post.

On the way back, I met up with the four-side perimeter, which was Rhinelander Police Department Sergeant Angela Mertz, where I kept position on perimeter with her since she was the only one there. By this time, Smith had been taken into custody and brought to St. Mary's Hospital. The Oneida/Marathon County Bomb Squad used their robot to clear the residence. After the Oneida County SRT had manually cleared the building, we were released from perimeter and released from the command post.

There is nothing further at this time.

Kelly Moermond, Sergeant
Reporting Officer
Oneida County Sheriff's Office
als

Kelly Moermond, Sergeant
Approving Officer
Oneida County Sheriff's Office

**This document contains neither recommendations nor conclusions of the Oneida County Sheriff's Office. It is the property of the Oneida County Sheriff's Office and is loaned to your agency. Its contents are not to be distributed outside your agency.**

2017-3897 SRT Call April1

# ONEIDA COUNTY SHERIFF'S OFFICE
# OFFICER'S SUPPLEMENTAL REPORT

COPY

**DATE CREATED:** April 17, 2017

**REPORTING OFFICER:** Sergeant Brad Fogerty

**INCIDENT/CASE NUMBER:** 2017-3897

**CASE INVESTIGATION:** SRT Call

**CASE ACTIVITY:**

On April 7, 2017, at approximately 6:39 p.m., I was advised via phone call of a SRT call located at 10 Sanns Street in the City of Rhinelander. That call warranted the response of the Oneida County Sheriff's Office Special Response Team (SRT). I responded to that area. While enroute, I was advised by Detective Sergeant Brian Barbour that the SRT equipment trailer needed to be picked up and brought to the scene. I responded to the Oneida County Sheriff's Office, readied my gear, and responded with the Suburban and equipment trailer.

Upon arriving at the Command Post, I advised SRT members on scene that I was at the Command Post. I was then able to make contact with SRT members in the Bearcat as they responded back to the Command Post. I entered the Bearcat along with a member of the Oneida/Marathon County Bomb Squad. We approached the residence and deployed a bomb robot. The bomb robot cleared several key locations in the residence. The Oneida County SRT and members of the Langlade County SRT entered and cleared the residence. Upon calling the residence clear, we all responded back to the Command Post and then back to the Oneida County Sheriff's Office.

This is all the information I have on this case at this time.

Brad Fogerty, Sergeant
Reporting Officer
Oneida County Sheriff's Office
als

Bradley S Fogerty, Sergeant
Approving Officer
Oneida County Sheriff's Office

**This document contains neither recommendations nor conclusions of the Oneida County Sheriff's Office. It is the property of the Oneida County Sheriff's Office and is loaned to your agency. Its contents are not to be distributed outside your agency.**

2017-3897 SRT Call Apr17