RHINELANDER POLICE DEPARTMENT
DETECTIVE BUREAU SUPPLEMENTAL REPORT

Page 1

| | |
|---|---|
| **CASE NUMBER:** | 2017-2161 |
| **DATE:** | 04-07-2017 |
| **CASE INVESTIGATION:** | |
| **OFFICER:** | Off. Jake Simkins |

On Friday, April 7, 2017 at approximately 6:53pm I received a Special Response Team page from the Oneida County Dispatch requesting I respond for a man with a possible gunshot wound and the suspect still in the house. As a member of the Oneida County Special Response Team I responded to the Oneida County Sheriff's Department. Upon arrival at the Sheriff's Department, SRT Commander Brian BARBOUR, Deputy Stetson GRANT, and I responded in the bearcat armored vehicle. I was in the back of the bearcat putting on my gear as we drove to the "staging area."

Once at the staging area I heard that a nine (9) year old may be deceased in the garage area, another person with gunshot wounds still inside, and the suspect still inside of the residence. I also learned that the house may have explosives near doors of the residence. SRT member Riley BROOKS arrived and drove the bearcat. We then drove to the command post which was at the intersection of Davenport Street and Maple Street. I was shown a picture of the male suspect and advised his name was "Tom." Tom was later identified as Thomas A. SMITH (DOB 01-31-1952). SMITH was the suspect in the hostage situation.

SRT member Gary LADUHA and Sgt. Kurt HELKE got into the bearcat as we drove west on Davenport Street towards the suspect house which was identified as 10 Sanns Street. As we approached we could see the suspect through a window at the rear of the house. We then drove onto Sanns Street in front of the suspect house. The suspect looked out of the window facing Sanns Street. It was determined that if the suspect came outside that we would make contact and arrest him. The suspect came outside of the house through the front door. SRT member BROOKS gave him commands over the PA system as the suspect was standing in the driveway area. SRT members GRANT and LODUHA were the arrest team as Sgt. HELKE and I covered the house. SRT members GRANT and LODUHA brought the suspect back behind the bearcat for safety as HELKE and I continued to cover the house for other threats. It was determined that we would bring the suspect back to the staging area and get him medical assistance. The suspect was brought back and delivered to the Rhinelander Paramedics.

SRT member FOGERTY arrived. We also had a member of the Oneida/Marathon bomb team and robot in the bearcat. We reproached the house and delivered the robot which cleared the inside of the residence for explosives. The house was deemed safe for explosives.

We then drove back to the command post and picked up the Langlade County SRT team to assist with clearing the residence. We cleared the interior of the residence and responded back to the command post.

Off. Jake Simkins
Rhinelander Police Department
SRT Member



Loduha
Exh: 5
Date: 7-30-20
Willette Court Reporting PS

DEF000049