# ADDENDUM B – USE OF REPORT

PERSON   (circle)   DOMESTIC ANIMAL

Incident # 17-3897    Date 4-7-17    Time 20:15

Officer Stetson Grant + Gary Loduha    Call # 721

Location 10 Sauns St Rhinelander, WI    Charges _____

Suspect: (M) F    Suspect Age 65
Special Suspect Factors (Weight, Height, Martial Arts, etc.) Possibly Armed / Committed Homicide

**CONTROL/PROTECTIVE ALTERNATIVES**

1. Passive Countermeasures
   - ☒ Decentralization Techniques (physically force to the ground)
2. Active Countermeasures
   - ☐ Vertical Stuns
   - ☐ Focused Strikes
     - ☐ Hand Strikes    ☐ Elbow/Forearm Strikes
     - ☐ Kicks           ☐ Knee Strikes
3. OC (used by)
   - ☐ Officer _____

4. Electronic Control Device    X26 S/N _____
   - ☐ Drive Stun Mode    ☐ Cartridge Discharge Mode
   - ☐ Paint Target         S/N _____

5. Intermediate Weapon
   - ☐ Baton    ☐ Other _____

6. Other Technique (document in narrative report justification given circumstances)
   Describe _____

**DEADLY FORCE**
- ☐ Firearm used
  Make _____ Model _____ Serial No. _____
- ☐ Other Deadly Force (describe) _____

☒ **ACTIVE POINTING OF FIREARM** (to gain compliance)
Did subject comply with your commands without further incident?  ☐ Yes  ☒ No

**INJURY REQUIRING MEDICAL ATTENTION** (excluding OC decontamination)
1. Officer(s) ☐    No ☒    Yes Explain _____
2. Subject(s) ☒    No ☐    Yes Explain Blood on Head
3. Other(s)  ☐    No ☐    Yes Explain _____

☒ **NARRATIVE REPORT ATTACHED**

Shift Supervisor Review _[signature]_    Date/Time: 4-10-17 0841
Division Commander Review _[signature]_    Date/Time: 4-10-17 846

Loduha
Exh: 6
Date: 7-30-20
Willette Court Reporting PS

DEF000050