# Fond du Lac County Medical Examiner's Office

Forensic Pathologist: ___
Forensic Assistant: ___

COUNTY: ONEIDA
NAME: THOMAS SMITH
CASE#: 17-0339  AGE: 65 YEARS
DOD: 04/18/17 @ 0625  DOB: 01/31/52
DATE OF AUTOPSY: 04/19/17
SPECIMEN
OK

**IMPORTANT**
Toxicology specimens stored at the FDL ME Office will be discarded after 1 year from the date of autopsy and retained tissue specimens will be discarded after 5 years from the date of autopsy, unless alternate arrangements are made by the Coroner/ ME Office of jurisdiction. Toxicology specimens sent away for analysis are discarded according to the policies of those laboratories.

## PROVISIONAL AUTOPSY FINDINGS

I. Hypertensive Cardiovascular Disease
  A. Left ventricular Hypertrophy
  B. Multifocal myocardial fibrosis to left ventricle
  C. Granularity to renal cortices
  D. Clinical history of poorly controlled hypertension

II. Coronary Artery Disease, diffuse, calcific, multivessel
  A. Left Anterior Descending: 75% mid & 80% distal stenoses
  B. Posterior descending coronary artery: 80% proximal stenosis

III. Diabetes Mellitus; clinical Hx of poorly controlled diabetes w/ Hyperglycemic hyperosmolar syndrome diagnosed on 4/7/17 admission to hospital
  A. Granularity to renal cortices, c/w nephroarteriolosclerosis
    1. Clinical history of chronic kidney disease

IV. Pulmonary edema, lungs
  a. Clinical history of sepsis due to aspiration pneumonia on 4/7/17 admission

V. Renal cell carcinoma, 3.5 x 3.3 x 2.1 cm, right kidney

VI. Blunt Force Traumatic Injuries
  A. Scabbed abrasions to right lateral face & forehead
    1. Small underlying subgaleal hemorrhage
    2. No skull fractures
    3. No intracranial trauma
    4. No trauma to neck or spinal cord
  B. Abrasions to knees, w/ contusion to left knee
  C. Abrasion to right scapular area of back & right elbow
  D. Contusion to upper posterior right arm

VII. Diminished skin turgor to body, w/ dry mucous membranes

VIII. Atrophy to cerebral cortices, frontoparietal

IX. Benign Prostatic Hypertrophy

X. Calcific aortic atherosclerosis

XI. Calcification to aortic valve cusps, mild.

XII. Clinical Hx of Parkinson's Disease
  A. Good pigmentation to neurons of substantia nigra

/s/ Kelley

Loduha  Exh: 7  Date: 7-30-20  Willette Court Reporting  DEF000061