# RHINELANDER FIRE DEPARTMENT
**(800)786-4911**

Call Number: 163-17-70360
Date Of Call: 04/07/2017
Billing Date: 03/08/2018

Patient Name:   THOMAS SMITH

#BWNKMRY
THOMAS SMITH
10 SANNS ST
RHINELANDER, WI 54501

## Patient Request For Access Form

Patient Rights:  As a patient, you have the right to access, copy, or inspect your protected health information, or PHI, in accordance with federal law.  You may also have the right to request an amendment to your PHI, or request that we restrict the use and disclosure of it.  These rights are further described in our Notice of Privacy Practices and in other policies which you may have upon request.

To better allow us to process your request, please indicate the type of request you are making on this form [check all that apply], sign and date and forward back to our office.

__x__ Access to simply review my health information

__X__ Access to obtain copies of my health information

__X__ Access to review and potentially request amendment of my health information

__X__ Access to review and potentially request an accounting of how my PHI has been used and disclosed to others

__X__ Access to review and potentially request restrictions on the use and disclosure of my health information

Signature _Aaron J. Smith_    Request Date _3-9-18_

If you would prefer to obtain copies of your health information via email please check the box below and provide your email address.  Otherwise this information will be mailed to the address shown above.

[ ] My E-Mail Address is:_____



Return this form to:
Billing Office, C/O Privacy Officer, N2930 State Road 22, Wautoma, WI 54982
or Fax to:  1-855-737-5896 or E-Mail to:  roi@lifequest-services.com

Exhibit 11

PLA 026



## MFRD EMS PCR

### Patient Information

**Name:** Smith, Thomas  
**Address:** 10 Sanns St.  
City of Rhinelander, WI 54501  
**Age:** 65 Years  
**Gender:** Male  
**D.O.B.:** ███ 1952  
**Race:** White

### Narrative





**Unit Notified:** 04/07/2017 17:33:00  
**Incident #:** 1704070360  
**Patient Name:** Smith, Thomas  
**Date Printed:** 04/13/2018 13:19  
**Call #:** 1704070360

Page 1 of 7

PLA 027

**Patient Name:** Smith, Thomas    **EMS Agency Name:** Rhinelander Fire Department

**Narrative:** 04/07/2017 the Rhinelander Fire DepartmentThe incident occurrence was at the Residence - Single Family Home located at address 685 Davenport St. in the city of City of Rhinelander within the county of Oneida of the state of WI. The unit was notified at 17:33, responded at 17:35, arrived at the scene at 17:37, left the scene at 20:20, arrived at the destination at 20:25 and completed the call at 20:35.

The EMS Crew consisted of BUCHMANN, BRETT who was the Driver/Pilot-Response, Other Patient Caregiver-At Scene, WESLE, MICHAEL who was the Other Patient Caregiver-At Scene, Primary Patient Caregiver-At Scene and PLAUTZ, GREGORY who was the Driver/Pilot-Transport, Other Patient Caregiver-At Scene.

The Agency unit number used was 9-2/ 79839. The Mileage to scene was 0.0. The Mileage to destination was 2.9. The use of lights and sirens to the scene was Immediate Response.

The use of lights and sirens from the scene was Immediate Response. The response disposition was Treated & Transported by this EMS Unit. The type of service was a 911 Response (Scene).

Factors affecting the delivery of care were Scene Safety (Not Secure for EMS). Factors affecting scene were Safety-Crew/Staging. Factors affecting transport were None/No Delay.

After arriving at the scene the unit found a patient named Thomas Smith. The patient's approximate age was 65 years. The patient's chief complaint was ALOC. The use of alcohol and drugs was None Reported. The patient was currently using the medication(s) Unable to Complete.

C-Collar for Stabilization was performed successfully after 1 attempt at 20:15:00 by crewmember WESLE, MICHAEL. The patient's response was Unchanged.

Vitals were taken at 20:18:23. The pulse rate was 107. The respiratory rate was 20. Blood pressure was 164/74. GCS was 10 (Eye = 4, Verbal = 1, Motor= 5).

20:18 Mental Status: Confused, Patient's eyes were open however patient was uanble to communicate verbally. The only command patient was able to follow was to wiggle his toes.; Neuro: Not Done; Skin: Normal; Head: Swelling, Swelling above patient's right eye.; Face: Abrasion, Abrasion to the right cheek of patient.; Neck: Normal; Chest/Lungs: Breath Sounds-Equal, Breath Sounds-Normal-Left, Breath Sounds-Normal-Right; Heart: Normal; GU: Normal; Extremities:

Medic 9-2 was preforming law enforcement stand by at the intersection of Davenport St. and Maple St. in the City of Rhinelander. We were informed there was a possible "active situation" located at 10 Sanns St. After standing by for some time Medic 9-2 was notified by law enforcement that a patient was being transported from 10 Sanns St. to our location in the Oneida County Sherriff's Department's armored vehicle. Shortly after the armored vehicle arrived with the patient. A law enforcement officer stated "the patient's head may have struck the ground during take down". Nothing else was reported by law enforcement. Patient hands were in hand cuffs behind his back. Driver Plautz and Probationary Firefighter Feaker carried the patient to the cot where the patient was placed in the ambulance. Manual C-Spine was taken and a c-collar was applied. Initial impression of the patient revealed a 65-year-old male. Patient had a bruise and swelling on his head above his right eye. Patient also had abrasions on his face located on the right cheek. Minor abrasions were noted on the patient's knees. Patient's eyes were open however the patient was not responding to verbal commands or painful stimuli. Patient was not verbal. Base line vitals were taken and transport began. Patient was placed on high flow oxygen via non-re breather at 15 LPM. Physical assessment was completed during transport. Physical assessment revealed the following: Swelling and bruising above the patient's right eye. Abrasions to the right cheek. Minor abrasions to the patient's knees. Pupils constricted at 2mm and sluggish to react. Pulses present in all extremities. Palpation of head, neck, shoulders, arms, chest, abdomen, pelvis, legs and posterior noted no deformity. Lung sounds were clear and equal. Heart tones were present but difficult to hear due to noise during transport. Bowel sounds were noted. After assessment was completed phone report was called in to SMH. After phone report was called in patient began following commands to "wiggle his toes". However, patient was unable to follow any other commands or communicate verbally. On arrival patient was placed in room number 2. Report was given to Dr. Mickevicius. Patient was escorted by RPD Officer Christie Knodzela and a OCSD deputy.

**Unit Notified:** 04/07/2017 17:33:00
**Incident #:** 1704070360

**Patient Name:** Smith, Thomas

**Date Printed:** 04/13/2018 13:19
**Call #:** 1704070360



Page 2 of 7

PLA  028

| | | | |
|---|---|---|---|
| **Patient Name:** Smith, Thomas | **EMS Agency Name:** Rhinelander Fire Department | | |
| **Enroute:** 04/07/2017 17:35:00 | **Start Odom:** 0 | | **Total:** 2.9 |
| **At Scene:** 04/07/2017 17:37:00 | **Scene Odom:** 0 | | |
| **At Patient:** 04/07/2017 20:13:00 | **Dest. Odom:** 2.9 | | |
| **Depart:** 04/07/2017 20:20:00 | **Ending Odom:** 2.9 | | |
| **Arrive Dest.:** 04/07/2017 20:25:00 | | | |
| **In Service:** 04/07/2017 20:35:00 | | | |

## Unit Personnel

| Crew Member | Level of Certification | Role |
|---|---|---|
| BUCHMANN, BRETT | Intermediate Technician (AEMT) | Driver/Pilot-Response, Other Patient Caregiver-At Scene |
| WESLE, MICHAEL | EMT- Paramedic | Other Patient Caregiver-At Scene, Primary Patient Caregiver-At Scene |
| PLAUTZ, GREGORY | EMT-Basic | Driver/Pilot-Transport, Other Patient Caregiver-At Scene |

## Billing Information

**Work Related?:** No

## Signatures

**Unit Notified:** 04/07/2017 17:33:00
**Incident #:** 1704070360

**Patient Name:** Smith, Thomas

**Date Printed:** 04/13/2018 13:19
**Call #:** 1704070360

Page 5 of 7


PLA 029

**Patient Name:** Smith, Thomas     **EMS Agency Name:** Rhinelander Fire Department

**Type of Person Signing:** EMS Crew Member (Other)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:** Not Signed - Mental Status/Impaired

**Printed Name:** Greg Plautz

**Signature Date:** 04/07/2017 22:12:49

---

**Type of Person Signing:** EMS Crew Member (Other)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:** Not Signed - Mental Status/Impaired

**Printed Name:** Michael Wesle

**Signature Date:** 04/07/2017 22:13:57

---

**Type of Person Signing:** EMS Crew Member (Other)

**Signature Reason:** EMS Provider

**Paragraph Text:**

**Status:** Not Signed - Mental Status/Impaired

**Printed Name:** Brett Buchmann

**Signature Date:** 04/07/2017 23:13:25



**Patient Name:** Smith, Thomas       **EMS Agency Name:** Rhinelander Fire Department

## Activities

### Medications

| Time | Crew | Medication | Route | Dosage | Response | PTA |
|---|---|---|---|---|---|---|
| 20:16:00 | BUCHMANN, BRETT | Oxygen | Non-Rebreather Mask | 15 Liters Per Minute | Unchanged | No |

### Procedures

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success |
|---|---|---|---|---|---|---|---|
| 20:15:00 | WESLE, MICHAEL | C-Collar for Stabilization | | Adult | 1 | Unchanged | Yes |

### Vitals

| Time | Prior To Arrival | BP | Method of B/P | Pulse | Resp | Effort | Level of Responsiveness (AVPU) |
|---|---|---|---|---|---|---|---|
| 20:18:23 | No | 164/74 | Cuff-Automated | 107 | 20 | Normal | Painful |

### Vitals

| Stroke Scale Score | Revised Trauma Score |
|---|---|
| Non-Conclusive | 11 |

### GCS

| Time | Eye | Motor | Verbal | Score Qualifier | Total Glasgow Coma Score |
|---|---|---|---|---|---|
| 20:18:23 | Opens Eyes spontaneously (All Age Groups) | Localizing pain (All Age Groups) | No verbal/vocal response (All Age Groups) | Initial GCS is legitimate | 10 |

## Call Type/Location/Disposition

**Call Type:** Standby
**Resp. Mode:** Immediate Response
**Urgency:** Immediate
**Response:** 911 Response (Scene)
**Location:** Residence - Single Family HomeResidence - Single Family HomeResidence - Single Family HomeResidence - Single Family Home
**Incident Address:** 685 Davenport St.
City of Rhinelander, WI 54501

**Disposition:** Treated & Transported by this EMS Unit
**Transport Mode:** Immediate Response
**Destination:** MINISTRY SAINT MARYS HOSPITAL
2251 NORTH SHORE DR
Rhinelander, Wisconsin 54501
**Dest. Determ.:** Closest Facility

**Response Delay:** Scene Safety (Not Secure for EMS)
**Transport Delay:** None/No Delay

## Patient Transport/Positioning

**Patient Moved to Ambulance:** Carried
**Patient's Position in Transport:** Fowlers (Semi-Upright Sitting)
**Patient Moved From Ambulance:** Stairchair

## Response Times and Mileage

**Unit Disp.:** 04/07/2017 17:33:00
**Incident Number:** 1704070360
**Call Sign:** MED 92
**Veh. #:** 9-2/79839
**To Scene:** 0.0
**To Dest:** 2.9
**To End:** 0.0

**Unit Notified:** 04/07/2017 17:33:00
**Incident #:** 1704070360
**Patient Name:** Smith, Thomas
**Date Printed:** 04/13/2018 13:19
**Call #:** 1704070360

CONFIDENTIAL COPY

**Patient Name:** Smith, Thomas  **EMS Agency Name:** Rhinelander Fire Department

## Past Medical History

### Patient Medications

| Medication | Dosage | Route |
|---|---|---|
| Unable to Complete | | |

**Medical History:** None Reported

**Advance Directives:** Not Applicable

## Assessment Exam

**Time**

### Assessment Summary

**04/07/2017 20:18:00**

#### Detailed Findings

| Location | Description | Details |
|---|---|---|
| Mental Status | Confused | Patient's eyes were open however patient was uanble to communicate verbally. The only command patient was able to follow was to wiggle his toes. |
| Head | Swelling | Swelling above patient's right eye. |
| Face | Abrasion | Abrasion to the right cheek of patient. |
| Eye<br>Bilateral: | Sluggish<br>2-mm | |
| Chest/Lungs | Breath Sounds-Equal<br>Breath Sounds-Normal-Left<br>Breath Sounds-Normal-Right | |

#### Normal Findings

Skin ;  Neck ;  Heart ;  Pelvis ;

#### Not Done

Neurological ;

*CONFIDENTIAL COPY*

## Patient Condition

| Complaint Type | Complaint | Duration |
|---|---|---|
| Chief (Primary) | ALOC | |

**Alcohol/Drug Use:** None Reported   **Other Symptoms:** Skin - Swelling/mass/lump - Localized
**Primary Symptom:** Neuro - Altered mental status

**Unit Notified:** 04/07/2017 17:33:00   **Patient Name:** Smith, Thomas   **Date Printed:** 04/13/2018 13:19
**Incident #:** 1704070360   **Call #:** 1704070360

**PLA 032**

| | | |
|---|---|---|
| **Unit Notified:** 04/07/2017<br>17:33:00<br>**Incident #:** 1704070360 | **Patient Name:** Smith, Thomas | **Date Printed:** 04/13/2018<br>13:19<br>**Call #:** 1704070360 |

Page 7 of 7

