UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ESTATE OF THOMAS SMITH, by
Shannon Bryfczynski, Special Administrator,

        Plaintiff,

                              Case No. 19-CV-972

   v.

ONEIDA COUNTY,
TOWN OF MINOCQUA,
GARY LODUHA, and
STETSON GRANT,

        Defendants.
_____

**DECLARATION OF DANIELLE BAUDHUIN TIERNEY**
_____

        DANIELLE BAUDHUIN TIERNEY declares as follows:

        1.    I am an adult resident of the state of Wisconsin. I am an attorney with Axley Brynelson, LLP, and am licensed to practice law in the state of Wisconsin and the Western District of Wisconsin. I am counsel for Defendants.

        2.    I make this declaration on my personal knowledge.

        3.    Attached hereto as **Exhibit A** is a true and correct copy of "Plaintiffs' Disclosures Pursuant to Rule 26(a)(2)(A) and (C), Fed. R. Civ. Pro. of Expert Witnesses Who May be Called in the Damages Phase of the Trial."

        4.    Attached hereto as **Exhibit B** is a true and correct copy of "Plaintiffs' Amended Discovery Responses."

2

5. Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of an email from Plaintiff's counsel to the undersigned, dated May 27, 2021, which served "Plaintiffs' Amended Discovery Responses."

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 4th day of June, 2021.

*/s/ Danielle Baudhuin Tierney*
Danielle Baudhuin Tierney
