# In the
# United States District Court
## For the
## Western District of Wisconsin

Estate of Thomas Smith, by
Shannon Bryfczynski,
Special Administrator,

       Plaintiff,

v.                                                          Case No. 19-cv-972

Oneida County, the Town of Minocqua,
Gary Loduha and Stetson Grant,

       Defendants.

**PLAINTIFFS' DISCLOSURES
PURSUANT TO RULE 26 (a)(2)(A) and (C), FED. R. CIV. PRO.
OF EXPERT WITNESSES
WHO MAY BE CALLED IN THE DAMAGES PHASE OF THE TRIAL**

The Plaintiff, by its attorneys, William Laman Law Office, by William F. Laman, and The Jeff Scott Olson Law Firm, S.C., by Attorney Jeff Scott Olson, hereby make the following initial disclosures as required by Fed. R. Civ. Pro., Rule 26(a)(2)(A) and (C)[1]:

---

[1] Rule 26(a)(2)(A) and (C) of the Federal rules of Civil Procedure provide:

    (A) In General. In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

    * * *

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information the disclosing party may use to support his claims or defenses, unless solely for the purposes of impeachment, identifying the Facts and Opinions:

| | |
|---|---|
| **Witness:** | P. Douglas Kelley. M.D., Medical Examiner |
| **Contact Information:** | Fond du Lac County Medical Examiner<br>134 Western Avenue<br>Fond du Lac, WI 54935 |
| **Facts and Opinions:** | Dr. Kelly made a determination of the cause of Thomas Smith's death and of the condition of his body after death. |
| **Witness:** | One or more of the Rhinelander Fire Department EMS crew that responded to the scene, and Probationary Firefighter Feaker who helped with carrying Thomas Smith from the police armored vehicle to the EMS ambulance. The EMS Crew consisted of Brett Buchmann, Michael Wesle, and Gregory Plautz. |
| **Contact Information:** | 128 W Frederick St. |

---

(C) Witnesses Who Do Not Provide a Written Report. Unless otherwise stipulated or ordered by the court, if the witness is not required to provide a written report, this disclosure must state:

(i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and

(ii) a summary of the facts and opinions to which the witness is expected to testify.

|  |  |
|---|---|
|  | Rhinelander, WI 54501<br>Phone: (715) 365-5400 |
| **Facts and Opinions:** | Observations and recollections of the initial care of Thomas Smith at the scene of his seizure and his transportation to the hospital. |
| **Witness:** | Officer Christie Knodzela |
| **Contact Information:** | Rhinelander Police Department<br>201 N. Brown St.<br>Rhinelander, WI 54501<br>Phone: (715) 365-5300 |
| **Facts and Opinions:** | Observations and recollections of escorting Thomas Smith to the hospital from the scene of his arrest. |
| **Witness:** | Trung Tran, DO<br>Richard Mickevicius, MD<br>Steven R. Brooks, MD<br>Diane Tatrow, NP, ACHPN |
| **Contact Information:** | Ministry Saint Mary's Hospital<br>2251 N. Shore Dr.<br>Rhinelander, WI 54501<br>Phone: (715) 361-2000 |
| **Facts and Opinions:** | All participated in Thomas Smith's care in the hospital after his seizure and will testify as to their observations and recollections of that. In addition, Dr. Brooks was his primary care physician, and so can testify as to Thomas Smith's prognosis before |

his arrest, which was that he would live at least several more months.

**Witness:** Suzanne L. Ward, RN, MS, LNCC, CCHP, CCM

**Contact Information:** Post Office Box 577
N3798 County Hwy. F
Montello, Wisconsin 53949-0577
Phone: (608) 697-0206
e-mail: SWardLNC@aol.com or miggsie2@aol.com

**Facts and Opinions:** may be called to translate medical records for jury

.

Dated this Friday, November 13, 2020.

Respectfully submitted,

Estate of Thomas Smith,

Plaintiff

By

WILLIAM LAMAN LAW OFFICE
WILLIAM F. LAMAN
State Bar Number 1014544
118 E Grand Ave
Eau Claire WI 54701-3638
Phone:	715 835-7779
Fax:	715 835-2573
Email:	wflamanlaw@ameritech.net

THE JEFF SCOTT OLSON LAW FIRM, S.C.

JEFF SCOTT OLSON
State Bar Number 1016284
131 West Wilson Street, Suite 1200
Madison, WI  53703
Phone: 608 283-6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com

/s/    Jeff Scott Olson
_____
Jeff Scott Olson

ATTORNEYS FOR PLAINTIFF