# In the
# United States District Court
## For the
## Western District of Wisconsin

Estate of Thomas Smith, by
Shannon Bryfczynski,
Special Administrator,

        Plaintiff,

v.                                                                                 Case No. 19-cv-972

Oneida County, the Town of Minocqua,
Gary Loduha and Stetson Grant,

        Defendants.

**PLAINTIFF'S PROPOSED SPECIAL VERDICT – LIABILITY**

      The Plaintiff, the Estate of Thomas Smith, by its attorneys, William Laman Law Office and The Jeff Scott Olson Law Firm, S. C., by Jeff Scott Olson, hereby submits the following proposed special verdict form for use in the liability phase of the trial.

1

**I.  The Second Take-Down.**

    **A.  Gary Loduha.**

1. Did Defendant Loduha employ unreasonable force against Thomas Smith when taking him to the ground on the west side of the Bearcat?

    Answer: _____ (Yes or No)

    **B.  Stetson Grant**

2. Did Defendant Grant employ unreasonable force against Thomas Smith when taking him to the ground on the west side of the Bearcat?

    Answer: _____ (Yes or No)

**II.  Getting Thomas Smith into the Bearcat.**

    **A.  Gary Loduha.**

1. Did Defendant Loduha employ unreasonable force against Thomas Smith when getting him into the Bearcat?

    Answer: _____ (Yes or No)

    **B.  Stetson Grant**

2. Did Defendant Grant employ unreasonable force against Thomas Smith when getting him into the Bearcat?

    Answer: _____ (Yes or No)

Dated this Friday, June 04, 2021.

Respectfully submitted,

Estate of Thomas Smith,

Plaintiff

By

WILLIAM LAMAN LAW OFFICE
WILLIAM F. LAMAN
State Bar Number 1014544
118 E Grand Ave
Eau Claire WI 54701-3638
Phone: 715 835-7779
Fax: 715 835-2573
Email: wflamanlaw@ameritech.net

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
131 West Wilson Street, Suite 1200
Madison, WI 53703
Phone: 608 283-6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com

/s/    Jeff Scott Olson
_____

Jeff Scott Olson

ATTORNEYS FOR PLAINTIFF

Certificate of Service

I hereby certify that on Friday, June 04, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Lori Lubinsky and Danielle Tierney, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

_____/s/ Jeff Scott Olson_____