# EXHIBIT FORM

| | | | | |
|---|---|---|---|---|
| DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBIT LIST (Dkt. 53) | | | ESTATE OF THOMAS SMITH <br><br> V.   Case No. 19-CV-972 <br><br> ONEIDA COUNTY, ET AL. | |
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| | | | 2017 02 15 Power of Attorney for Healthcare | Defendants object to the use of this exhibit pursuant to Fed. R. Civ. P. 37(c)(1). This document was never previously produced in this matter and, as such, Plaintiff cannot rely upon the document at trial. |
| | | | Barbour Report DEF000036-38 | |
| | | | Grant Report DEF000039-41 | |
| | | | Loduha Report DEF000047-48 | |
| | | | Simkins Report DEF000049 | Defendants object to the use of this exhibit at trial pursuant to Fed. R. Evid. 901. Simkins has not been identified to testify at trial in this matter. [*See* Dkt. 52.] As such, the report cannot be authenticated at trial. Further, the document is hearsay and inadmissible pursuant to Fed. R. Evid. 802. |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | | | Moermond Report DEF000042-43 | Defendants object to the use of this exhibit at trial pursuant to Fed. R. Evid. 901. Moermond has not been identified to testify at trial in this matter. [*See* Dkt. 52.] As such, the report cannot be authenticated at trial. Further, the document is hearsay and inadmissible pursuant to Fed. R. Evid. 802. |
| | | | Brooks Report DEF000045-46 | |
| | | | Fogarty Report DEF000044 | Defendants object to the use of this exhibit at trial pursuant to Fed. R. Evid. 901. Fogarty has not been identified to testify at trial in this matter. [*See* Dkt. 52.] As such, the report cannot be authenticated at trial. Further, the document is hearsay and inadmissible pursuant to Fed. R. Evid. 802. |
| | | | Gary Loduha Deposition Transcript | |
| | | | Stetson Grant Deposition Transcript | |
| | | | Jack Lilek Deposition Transcript | |
| | | | Terri Hook Deposition Transcript | |
| | | | Captain Terri Hook's Press Release | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | | | DAAT Manual | Defendants object to the use of this exhibit pursuant to Fed. R. Civ. P. 37(c)(1). The document was never identified by either party in a Rule 26(a)(1) report or produced by Plaintiff in discovery. [*See* Dkt. 41 ¶ 3.] Further, the document is hearsay and inadmissible pursuant to Fed. R. Evid. 802. Finally, Plaintiff has not identified any witness to authenticate the document and, as such, the document must be excluded pursuant to Fd. R. Evid. 901. |
| | | | Detail Call for Service Report DEF000004-30 | |
| | | | Photo – Jacqueline Falk's View of Scene | Assuming this is Dkt. 30-2, no objection. |
| | | | Oneida County Sheriff's Dept. Photographs of Smith in Hospital | Defendant reserves the right to object to the evidence after Plaintiff further identifies which documents Plaintiff is referring to. |
| | | | Photographs Taken in Hospital April 8, 2017 | Assuming this is Dkt. 31-1, no objection. |
| | | | Photo of Bearcat | Assuming this is Dkt. 30-1, no objection. |
| | | | Transcript of Audio Recording of 911 Call | So long as audio recording transcript is certified, no objection. |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | | | Google Maps Aerial Photograph: Intersection of Davenport Street and Sanns Street | So long as this is the photograph used by the Court in the May 28, 2021 Opinion and Order (Dkt. 45, p. 7), no objection. |
| | | | Enlargement of First Page of Exhibit 17 | Defendant reserves the right to object to the evidence after Plaintiff further identifies which documents Plaintiff is referring to. |