UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ESTATE OF THOMAS SMITH, by
Shannon Bryfczynski, Special Administrator,

        Plaintiff,

    v.

Case No. 19-CV-972

ONEIDA COUNTY,
TOWN OF MINOCQUA,
GARY LODUHA, and
STETSON GRANT,

        Defendants.

---

## STIPULATION FOR DISMISSAL
---

NOW COME the Plaintiff, the Estate of Thomas Smith by Shannon Bryfczynski, Special Administrator, and Defendants, Town of Minocqua, Oneida County, Stetson Grant, and Gary Loduha, by their respective undersigned counsel, and hereby stipulate and agree that Plaintiff's claims against Defendants are dismissed with prejudice and without costs.

Dated this 6th day of July, 2021.

        */s/ Jeff Scott Olson*
        Jeff Scott Olson, SBN 1016284
        The Jeff Scott Olson Law Firm, S.C.
        131 West Wilson Street, Suite 1200
        Madison, WI 53703
        jsolson@scofflaw.com

        William Laman, SBN 1014544
        William Laman Law Office
        118 E. Grand Avenue
        Eau Claire, WI 54701
        wflamanlaw@ameritech.net

2

*/s/ Danielle Baudhuin Tierney*
Lori M. Lubinsky, SBN: 1027575
Danielle Baudhuin Tierney, SBN: 1096371
Attorneys for Defendants
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Fax: (608) 257-5444
Email: llubinsky@axley.com
      dtierney@axley.com
